IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENTINE DELIBERTIS AND KATHLEEN DELIBERTIS, H/W, Plaintiffs | : : : : | CIVIL ACTION |
| v. | : | |
| POTTSTOWN HOSPITAL COMPANY, LLC, ET AL, Defendants. | : : : | NO. 14-6971 |

**ORDER**

AND NOW, this 6th day of September, 2016, upon consideration of the Motion in Limine to preclude Plaintiff's expert, Kayur V. Patel, M.D., from making improper references to medical literature at trial, filed by Defendant, Jonathan Buckley, M.D., (Doc. No. 61), Defendant, Pottstown Hospital Company, LLC's motion to join (Doc No. 66) and the response thereto (Doc No. 71), IT IS HEREBY ORDERED that the Motions (Doc. Nos. 61, 66) are DENIED.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE