IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENTINE DELIBERTIS AND | : | CIVIL ACTION |
| KATHLEEN DELIBERTIS, H/W, | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| POTTSTOWN HOSPITAL COMPANY, LLC, | : | |
| ET AL, | : | |
|     Defendants. | : | NO.  14-6971 |

## **O R D E R**

AND NOW, this 6th day of September, 2016, upon consideration of the Motion in Limine to preclude Plaintiff's expert, Kayur V. Patel, M.D., from offering opinions on the EMTALA statute, filed by Defendant, Pottstown Hospital Company, LLC (Doc. No. 63), Defendant, Dr. Buckley's motion to join (Doc No. 70) and the response thereto (Doc No. 71), IT IS HEREBY ORDERED that the Motions (Doc. Nos. 63, 70) are GRANTED to the extent that Dr. Patel will be precluded from offering legal conclusions regarding whether Defendant violated EMTALA.

        BY THE COURT:

        /s/Jacob P. Hart

        _____
        JACOB P. HART
        UNITED STATES MAGISTRATE JUDGE