IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENTINE DELIBERTIS AND | : | CIVIL ACTION |
| KATHLEEN DELIBERTIS, H/W, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| POTTSTOWN HOSPITAL COMPANY, LLC, | : | |
| ET AL, | : | |
| Defendants. | : | NO.  14-6971 |

## O R D E R

AND NOW, this 6th day of September, 2016, upon consideration of the Motion in Limine to preclude opinions of Plaintiff's expert, Kayur V. Patel, M.D., filed by Defendant, Jonathan Buckley, M.D., (Doc. No. 60), Defendant, Pottstown Hospital Company, LLC's motion to join (Doc No. 67), the response thereto, (Doc No. 71) and Dr. Patel's expert report, IT IS HEREBY ORDERED that the Motions (Doc. No. 60 and 67) are DENIED.

BY THE COURT:

/s/Jacob P. Hart

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE