| | |
|---|---|
| **GROSS McGINLEY, LLP**<br>Susan Ellis Wild, Esquire<br>Jennifer L. Weed, Esquire<br>I.D. Nos.  51971/202636<br>33 S. 7th Street P.O. Box 4060<br>Allentown, PA  18105-4060<br>610-820-5450 | ATTORNEYS FOR DEFENDANT,<br>Pottstown Hospital Company, LLC and<br>Pottstown Clinic Company, LLC |
| VALENTINE DELIBERTIS<br>and KATHLEEN DELIBERTIS, H/W<br><br>       Plaintiffs<br><br> v.<br><br>POTTSTOWN HOSPITAL COMPANY, LLC, JONATHAN BUCKLEY, M.D., AND POTTSTOWN CLINIC COMPANY, LLC<br><br>       Defendants. | IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br>NO. 14-6971<br><br>TRIAL BY A JURY OF 12 AND 2 ALTERNATES DEMANDED<br><br>ASSIGNED TO THE HONORABLE LYNNE A. SITARSKI |

## NOTICE OF SETTLEMENT

   The parties hereby submit this Notice of Settlement to advise the Court that this lawsuit has been resolved, and no further trial proceedings will be necessary.  It is hereby requested that the Court retain jurisdiction of this matter for 30 days to permit the parties time to accomplish the necessary documentation.

            Respectfully submitted,

            GROSS MCGINLEY, LLP

      By: _____
            SUSAN ELLIS WILD
            (*On behalf of all Counsel*)

Date:  May 6, 2017
00981635.DOCX

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Settlement was forwarded via email, on <u>May 6, 2017</u>, to the following:

| | |
|---|---|
| GAE@freiwaldlaw.com | gnesbitt@KilcoyneLaw.com |
| Glenn A. Ellis, Esquire | Gregory S. Nesbitt, Esquire |
| Layser & Freiwald, P.C. | Kilcoyne & Nesbitt, LLC |
| ***For Plaintiffs*** | ***For Defendant, Jonathan Buckley, M.D.*** |

GROSS McGINLEY, LLP

*/s/ Carla Sostarecz*

Carla Sostarecz, Legal Assistant